THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST OCHS, INCORPORATED, Appellant, *v.* GEORGE HILLIARD, as Special Deputy Commissioner of Excise, Respondent.

*People ex rel. Ochs* v. *Hilliard,* 81 App. Div. 71, affirmed.
(Argued March 21, 1904; decided April 5, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 17, 1903, which affirmed an order of Special Term denying an application for a peremptory writ of mandamus to compel defendant to cancel a liquor tax certificate and issue rebate receipts and dismissing an alternative writ theretofore allowed.

*Moses Weinman* for appellant.

*Herbert H. Kellogg* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.

---

THOMAS KIRKWOOD, Appellant, *v.* HARRY M. SMITH, Respondent, Impleaded with Another.

*Kirkwood* v. *Smith,* 82 App. Div. 411, affirmed.
(Submitted March 22, 1904; decided April 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 28, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Edward J. McCrossin* for appellant.

*Charles De Hart Brower* and *William R. Hill* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.